# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**   JS-6

| Case No. | CV10-8305-CAS(RZx) | Date | November 30, 2010 |
|---|---|---|---|
| Title | *DEUTSCHE BANK NATIONAL TRUST COMPANY, ETC. v. TRINIDAD ARAGON; ET AL.* | | |

| Present: The Honorable | CHRISTINA A. SNYDER, U.S. DISTRICT JUDGE | |
|---|---|---|
| Catherine M. Jeang | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**    (IN CHAMBERS)

     On November 2, 2010, pro se defendants removed the above-entitled action from the Superior Court of the State of California for the County of Los Angeles to this Court. The Court is in receipt of the Declaration of Defendant filed November 29, 2010. The Court hereby remands the above-entitled action back to the Superior Court of California.

        00 : 00

Initials of Preparer    CMJ